# EXHIBIT 3

**EXHIBIT 5.37**

**Claim Chart for Infringement of U.S. Patent No. 8,172,116**
**by the Chimparoo Multi 2.0 Baby Carrier**

This chart describes infringement of U.S. Patent No. 8,172,116 patent ("the '116 patent") by the Chimparoo Multi 2.0 Baby Carrier ("Multi 2.0") as an exemplary product. The Multi 2.0 infringes the specified claims literally and under the doctrine of equivalents. The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing. Complainant reserves the right to provide additional theories under which Respondent's products infringe the '116 patent, or evidence to support its current theories, upon obtaining discovery from Respondent.

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 1 | A carrier for transporting a child by a transporting individual, comprising: | The Multi 2.0 is a carrier for transporting a child by a transporting individual.  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 1[a] | a torso support part [1-A1] configured to support the torso of the child placed in the carrier; |  |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | | *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 1[b] | a left shoulder strap [1-B1] having an upper [1-B2] and a lower [1-B3] left-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper left coupling point [1-B4] and a lower left coupling point [1-B5] on the torso support part [1-A1]; |  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 1[c] | a right shoulder strap [1-C1] having an upper [1-C2] and a lower [1-C3] right-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper right coupling point [1-C4] and a lower right coupling point [1-C5] on the torso support part [1-A1]; |  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 1[d] | a seat support part [1-D1] coupled to the torso support part [1-A1] and configured to support the posterior of the child, wherein the seat support part [1-D1] comprises a left upper-leg-support part [1-D2] disposed on | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [1-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and |  *See* Exhibit 5.37.1 (product images). *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|       |           | "otherwise not support the [] thigh of the child":  *See* Exhibit 5.37.1 (product images).  |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|       |           | *See* https://www.chimparoo.ca/us/products/details/8-multi-20 <br><br>  <br><br> *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 1[e] | a hip belt [1-E1] coupled to the seat support part [1-D1] and configured for securing about the hips of the transporting individual, | <br>*See* Exhibit 5.37.1 (product images). |
| 1[f] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] is coupled to the hip belt [1-E1] by a fastening device [1-F1] selected from the group consisting of mating areas of a hook and loop type fastener on that upper-leg-support part and the hip belt and mating snaps [1-F2] on that upper-leg-support part and the hip belt. | <br>*See* Exhibit 5.37.1 (product images). |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 2 | The carrier as recited in claim 1, further comprising: | *See* above analysis. |
| 2[a] | a first fastener [2-A1] coupled to the left shoulder strap [1-B1] proximate the lower left-strap end [1-B3]; |  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 2[b] | a second fastener [2-B1] coupled to the torso support part [1-A1] proximate the lower left coupling point [1-B5], wherein the first fastener [2-A1] is configured for coupling to the second fastener [2-B1]; |   *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 2[c] | a third fastener [2-C1] coupled to the right shoulder strap [1-C1] proximate the lower right-strap end [1-C3]; and |  **[1-C1]** **[1-C3]** **[2-C1]** *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 2[d] | a fourth fastener [2-D1] coupled to the torso support part [1-A1] proximate the lower right coupling point [1-C5], wherein the third fastener [2-C1] is configured for coupling to the fourth fastener [2-D1]. | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 5 | The carrier as recited in claim 1, | *See* above analysis. |
| 5[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [5-A1], on the hip [5-A2], or on the | "Possible positions<br>Front carry with a new born baby (sternum straps) (from a chair)<br>. . .<br>Hip Carry<br>. . .<br>Back carry |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | front [5-A3] of the transporting individual. | . . . .”<br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20<br><br>**[5-A3]** Front carry with a baby 6 months and older<br>• with a baby tall enough to be seated without the infant seat<br>• cross straps<br><br>Front carry is quite simple but you must be able to keep one hand on the baby during installation. It is also very important to pass the elastic safety loops around the buckles and ensure that the buckles are securely fastened.<br><br>See the video.<br>Medium<br><br>**[5-A2]** Hip Carry<br>• The baby has to be able to hold his head by himself to use this position<br>• always secure the buckles with the elastic (not demonstrated in the video)<br>• Always keep one hand on the baby while fixing the buckles<br><br>See the video.<br>Medium<br><br>**[5-A1]** Back carry<br>Fast and easy! The backpack technic<br><br>Buckle your carrier around your waist with the pannel at your back. Straps are buckled like a backpack and<br><br>loosened. Always secure the buckles with the elastics.<br><br>Ask the assistance of another person while placing the baby on your back<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | |  |

**[5-A1]**

*See* https://www.chimparoo.ca/us/products/details/8-multi-20

**[5-A2]**

*See* https://www.chimparoo.ca/us/products/details/8-multi-20

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | | 

**[5-A3]**

*See* https://www.youtube.com/watch?v=JQbjZzHirQI |
| 6 | The carrier as recited in claim 5, | *See* above analysis. |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 6[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-A1], | **[6-A1]**<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 6[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-B1], | **[6-B1]**<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|       |           |                     |
| 6[c]  | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [6-C1] or facing away from the transporting individual [6-C2]. | **[6-C1]**  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|       |           | **[6-C2]**  *See* https://www.youtube.com/watch?v=JQbjZzHirQI |
| 9 | A carrier for transporting a child by a transporting individual, comprising: | The Multi 2.0 is a carrier for transporting a child by a transporting individual. |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | |  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 9[a] | a torso support part [9-A1] configured to support the torso of the child placed in the carrier; |  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 9[b] | a left shoulder strap [9-B1] having an upper [9-B2] and a lower [9-B3] left-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper left coupling point [9-B4] and a lower left coupling point [9-B5] on the torso support part [9-A1]; | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 9[c] | a right shoulder strap [9-C1] having an upper [9-C2] and a lower [9-C3] right-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper right coupling point [9-C4] and a lower right coupling point [9-C5] on the torso support part [9-A1]; | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 9[d] | a seat support part [9-D1] coupled to the torso support part [9-A1] and configured to support the posterior of the child, wherein the seat support part [9-D1] comprises a left upper-leg-support part [9-D2] disposed on | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [9-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | <br><br>*See* Exhibit 5.37.1 (product images).<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|       |           | "otherwise not support the [] thigh of the child": |
|       |           |  |
|       |           | *See* Exhibit 5.37.1 (product images). |
|       |           |  |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|------------|---------------------|
|       |            | *See* https://www.chimparoo.ca/us/products/details/8-multi-20 <br><br>  <br><br> *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 9[e] | a hip belt [9-E1] coupled to the seat support part [9-D1] and configured for securing about the hips of the transporting individual, | <br><br>*See* Exhibit 5.37.1 (product images). |
| 9[f] | wherein if one of the upper-leg-support parts [9-D2 or 9-D3] is decoupled from the hip belt [9-E1], that upper-leg-support part is configured such that it is foldable against [9-F1] the seat support part [9-D1] and/or against the torso support part [9-A1]. | <br><br>*See* Exhibit 5.37.1 (product images). |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|



*See* https://www.chimparoo.ca/us/products/details/8-multi-20

*See* https://www.chimparoo.ca/us/products/details/8-multi-20

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 11 | The carrier as recited in claim 9, further comprising: | *See* above analysis. |
| 11[a] | a first fastener [11-A1] coupled to the left shoulder strap [9-B1] proximate the lower left-strap end [9-B3]; | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 11[b] | a second fastener [11-B1] coupled to the torso support part [9-A1] proximate the lower left coupling point [9-B5], wherein the first fastener [11-A1] is configured for coupling to the second fastener [11-B1]; | 

*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 11[c] | a third fastener [11-C1] coupled to the right shoulder strap [9-C1] proximate the lower right-strap end [9-C3]; and | <br><br>**[9-C1]** **[9-C3]** **[11-C1]**<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 11[d] | a fourth fastener [11-D1] coupled to the torso support part [9-A1] proximate the lower right coupling point [9-C5], wherein the third fastener [11-C1] is configured for coupling to the fourth fastener [11-D1]. | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 14 | The carrier as recited in claim 9, | *See* above analysis. |
| 14[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [14-A1], on the hip [14-A2], or on the | "Possible positions<br>Front carry with a new born baby (sternum straps) (from a chair)<br>. . .<br>Hip Carry<br>. . .<br>Back carry |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|  | front [14-A3] of the transporting individual. | . . . .” <br> *See* https://www.chimparoo.ca/us/products/details/8-multi-20 <br><br> **[14-A3]** Front carry with a baby 6 months and older <br> • with a baby tall enough to be seated without the infant seat <br> • cross straps <br><br> Front carry is quite simple but you must be able to keep one hand on the baby during installation. It is also very important to pass the elastic safety loops around the buckles and ensure that the buckles are securely fastened. <br><br> See the video. <br> Medium <br><br> **[14-A2]** Hip Carry <br> • The baby has to be able to hold his head by himself to use this position <br> • always secure the buckles with the elastic (not demonstrated in the video) <br> • Always keep one hand on the baby while fixing the buckles. <br> See the video. <br> Medium <br><br> **[14-A1]** Back carry <br> Fast and easy! The backpack technic <br> Buckle your carrier around your waist with the pannel at your back. Straps are buckled like a backpack and <br> loosened. Always secure the buckles with the elastics. <br> Ask the assistance of another person while placing the baby on your back <br><br> *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | | [14-A1]  <br><br> *See* https://www.chimparoo.ca/us/products/details/8-multi-20 <br><br><br> [14-A2]  <br><br> *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | | [14-A3]<br><br>*See* https://www.youtube.com/watch?v=JQbjZzHirQI |
| 15 | The carrier as recited in claim 14, | *See* above analysis. |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 15[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-A1], | [15-A1]<br><br><br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 15[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-B1], | [15-B1]<br><br><br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|       |           |                     |
| 15[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [15-C1] or facing away from the transporting individual [15-C2]. | **[15-C1]**  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | |  [15-C2] *See* https://www.youtube.com/watch?v=JQbjZzHirQI |
| 18 | A carrier for transporting a child by a transporting individual, comprising: | The Multi 2.0 is a carrier for transporting a child by a transporting individual. |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 18[a] | a torso support part [18-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 18[b] | a left shoulder strap [18-B1] having an upper [18-B2] and a lower [18-B3] left-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper left coupling point [18-B4] and a lower left coupling point [18-B5] on the torso support part [18-A1]; | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 18[c] | a right shoulder strap [18-C1] having an upper [18-C2] and a lower [18-C3] right-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper right coupling point [18-C4] and a lower right coupling point [18-C5] on the torso support part [18-A1]; | <br><br>**[18-C1]** **[18-C2]** **[18-C3]** **[18-C4]** **[18-A1]** **[18-C5]**<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 18[d] | a seat support part [18-D1] coupled to the torso support part [18-A1] and configured to support the posterior of the child, wherein the seat support part [18-D1] comprises a left upper-leg-support part [18-D2] disposed on | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [18-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and |  |



*See* Exhibit 5.37.1 (product images).

*See* https://www.chimparoo.ca/us/products/details/8-multi-20

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|       |           | "otherwise not support the [] thigh of the child":  *See* Exhibit 5.37.1 (product images).  |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | | *See* https://www.chimparoo.ca/us/products/details/8-multi-20 <br><br>  <br><br> *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 18[e] | a hip belt [18-E1] coupled to the seat support part [18-D1] and configured for securing about the hips of the transporting individual, | 
*See* Exhibit 5.37.1 (product images). |
| 18[f] | wherein the left upper-leg-support part [18-D2] is further configured for coupling to the left side of the hip belt [18-F1], | 
*See* Exhibit 5.37.1 (product images). |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 18[g] | wherein the right upper-leg-support part [18-D3] is further configured for coupling to the right side of the hip belt [18-G1]. |  *See* Exhibit 5.37.1 (product images). |
| 19 | The carrier as recited in claim 18, | *See* above analysis. |
| 19[a] | wherein if the left upper-leg-support part [18-D2] is coupled to the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is coupled to the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured for supporting the child's thighs proximately perpendicular [19-A1] to the child's body, and |  *See* Exhibit 5.37.1 (product images). |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | |  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 19[b] | wherein if the left upper-leg-support part [18-D2] is decoupled from the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is decoupled from the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured to enable the child's thighs to hang proximately parallel [19-B1] to the child's body. |  *See* Exhibit 5.37.1 (product images). |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|



*See* https://www.chimparoo.ca/us/products/details/8-multi-20

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| | | *See* https://www.chimparoo.ca/us/products/details/8-multi-20 <br><br>  <br><br> *See* https://www.youtube.com/watch?v=JQbjZzHirQI |
| 20 | The carrier as recited in claim 18, further comprising: | *See* above analysis. |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 20[a] | a first fastener [20-A1] coupled to the left shoulder strap [18-B1] proximate the lower left-strap end [18-B3]; | <br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 20[b] | a second fastener [20-B1] coupled to the torso support part [18-A1] proximate the lower left coupling point [18-B5], wherein the first fastener [20-A1] is configured for coupling to the second fastener [20-B1]; | <br><br>See https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 20[c] | a third fastener [20-C1] coupled to the right shoulder strap [18-C1] proximate the lower right-strap end [18-C3]; and |  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|---|---|---|
| 20[d] | a fourth fastener [20-D1] coupled to the torso support part [18-A1] proximate the lower right coupling point [18-C5], wherein the third fastener [20-C1] is configured for coupling to the fourth fastener [20-D1]. |   *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 23 | The carrier as recited in claim 18, | *See* above analysis. |
| 23[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [23-A1], on the hip [23-A2], or on the | "Possible positions<br>Front carry with a new born baby (sternum straps) (from a chair)<br>. . .<br>Hip Carry<br>. . .<br>Back carry |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | front [23-A3] of the transporting individual. | . . . ."<br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20<br><br>**[23-A3]** Front carry with a baby 6 months and older<br>• with a baby tall enough to be seated without the infant seat<br>• cross straps<br><br>Front carry is quite simple but you must be able to keep one hand on the baby during installation. It is also very important to pass the elastic safety loops around the buckles and ensure that the buckles are securely fastened.<br><br>See the video.<br>Medium<br><br>**[23-A2]** Hip Carry<br>• The baby has to be able to hold his head by himself to use this position<br>• always secure the buckles with the elastic (not demonstrated in the video)<br>• Always keep one hand on the baby while fixing the buckles.<br>See the video.<br>Medium<br><br>**[23-A1]** Back carry<br>Fast and easy! The backpack technic<br>Buckle your carrier around your waist with the pannel at your back. Straps are buckled like a backpack and<br>loosened. Always secure the buckles with the elastics.<br>Ask the assistance of another person while placing the baby on your back<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | | **[23-A1]**  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| | | **[23-A2]**  *See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | | [23-A3]<br><br>*See* https://www.youtube.com/watch?v=JQbjZzHirQI |
| 24 | The carrier as recited in claim 23, | *See* above analysis. |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| 24[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-A1], | **[24-A1]**<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |
| 24[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-B1], | **[24-B1]**<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
|       |           |                     |
| 24[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [24-C1] or facing away from the transporting individual [24-C2]. | **[24-C1]**<br><br>*See* https://www.chimparoo.ca/us/products/details/8-multi-20 |

| Claim | Claim Text | Chimparoo Multi 2.0 |
|-------|-----------|---------------------|
| | |  [24-C2] *See* https://www.youtube.com/watch?v=JQbjZzHirQI |



